```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x
In re:                              :

ANIBAL NUNEZ                        :   BK No. 08-13265
ANNY NUNEZ                                  Chapter 13
          Debtors
- - - - - - - - - - - - - - - - - -x
```

### ORDER DENYING MOTION TO MODIFY SECURED CLAIM

Heard on March 25, 2009, on Creditor's Objection to Debtors' Motion to Modify the Secured Claim of America's Servicing Company. In accordance with this Court's decision in *In re Sairy Veliz*, BK No. 08-13292, entered October 16, 2009, the Debtors' Motion to Modify is **DENIED.**

Entered as an Order of this Court.

Dated at Providence, Rhode Island, this    16th       day of October, 2008.

_____
Arthur N. Votolato
U.S. Bankruptcy Court

Entered on docket: 10/16/09